| | |
|---|---|
| 1 | **CALDARELLI HEJMANOWSKI & PAGE LLP** |
| 2 | William J. Caldarelli (SBN #149573) |
|   | Ben West (SBN #251018) |
| 3 | 12340 El Camino Real, Suite 430 |
| 4 | San Diego, CA 92130 |
|   | Telephone: (858) 720-8080 |
| 5 | Facsimile: (858) 720-6680 |
| 6 | wjc@chplawfirm.com |
|   | dbw@chplawfirm.com |
| 7 | |
| 8 | **FABIANO LAW FIRM, P.C.** |
|   | Michael D. Fabiano (SBN #167058) |
| 9 | 12526 High Bluff Drive, Suite 300 |
| 10 | San Diego, CA 92130 |
|   | Telephone: (619) 742-9631 |
| 11 | mdfabiano@fabianolawfirm.com |
| 12 | |
| 13 | **OSBORNE LAW LLC** |
|   | John W. Osborne (*Pro Hac Vice* App. Pending) |
| 14 | 33 Habitat Lane |
|   | Cortlandt Manor, NY 10567 |
| 15 | Telephone: (914) 714-5936 |
| 16 | josborne@osborneipl.com |
| 17 | |
|   | **WATTS LAW OFFICES** |
| 18 | Ethan M. Watts (SBN #234441) |
| 19 | 12340 El Camino Real, Suite 430 |
|   | San Diego, CA 92130 |
| 20 | Telephone: (858) 509-0808 |
|   | Facsimile: (619) 878-5784 |
| 21 | emw@ewattslaw.com |
| 22 | |
|   | Attorneys for Plaintiff Ameranth, Inc. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1 | **DLA PIPER LLP**
2 | Mark D. Fowler (SBN #124235)
  | 2000 University Avenue
3 | East Palo Alto, CA 94303-2214
4 | Telephone: (650) 833-2000
  | Facsimile: (650) 833-2001
5 | mark.fowler@dlapiper.com

6 | **DLA PIPER LLP**
7 | Erin P. Gibson (SBN #229305)
8 | Jesse Hindman (SBN #222935)
  | Rob Williams (SBN #246990)
9 | Jacob D. Anderson (SBN#265768)
10 | 401 B Street, Suite 1700
   | San Diego, CA 92101
11 | Telephone: (619) 699-2700
12 | Facsimile: (619) 699-2701
   | erin.gibson@dlapiper.com
13 | jesse.hindman@dlapiper.com
   | robert.williams@dlapiper.com
14 | jacob.anderson@dlapiper.com

Attorneys for Defendant Apple, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., | **Case No. 12cv2350 IEG (BGS)** |
| Plaintiff, | |
| v. | **JOINT MOTION TO EXTEND TIME TO RESOLVE DISPUTES RE DISCOVERY RESPONSES AND INFRINGEMENT CONTENTIONS** |
| APPLE, INC., | |
| Defendant. | |

Plaintiff Ameranth, Inc. ("Ameranth") and defendant Apple, Inc. ("Apple") bring this Joint Motion to the Court based on the following facts:

1. Ameranth has served (a) discovery requests upon Apple seeking production of materials and information about Apple's accused products and systems, and (b) infringement contentions relating to Apple's accused systems in this matter;

2. Certain disputes have arisen between Apple and Ameranth regarding the sufficiency of (a) Apple's discovery responses and document productions, and (b) Ameranth's infringement contentions under the Patent Local Rules;

3. Apple and Ameranth have engaged in meet and confer discussions regarding those discovery responses, document productions and infringement contentions in an effort to resolve their disagreements and have made progress towards coming to a mutual agreement;

4. In order to provide the parties with additional time to resolve these discovery issues without necessity of judicial assistance, Ameranth and Apple jointly request an extension of time until September 13, 2013, to meet and confer and attempt to resolve these issues before involving the Court.

WHEREFORE, Ameranth and Apple hereby stipulate and jointly move the Court for an Order extending the time for Ameranth and Apple to meet and confer regarding Apple's discovery responses and productions and Ameranth's

/////
/////
/////
/////
/////
/////
/////
/////

infringement contentions to September 13, 2013, before bringing the matter to the Court for resolution pursuant to the Court's Chamber Rules.

Respectfully submitted,

Dated: August 20, 2013        CALDARELLI HEJMANOWSKI & PAGE LLP

By */s/*    *William J. Caldarelli*
            WILLIAM J. CALDARELLI

FABIANO LAW FIRM, P.C.
MICHAEL D. FABIANO

OSBORNE LAW LLC
JOHN W. OSBORNE

WATTS LAW OFFICES
ETHAN M. WATTS

**Attorneys for Plaintiff
AMERANTH, INC.**

Dated: August 20, 2013        DLA PIPER LLP (US)

By */s/*    *Erin P. Gibson*
            MARK D. FOWLER
            ERIN P. GIBSON
            JESSE HINDMAN
            ROB WILLIAMS
            JACOB D. ANDERSON

**Attorneys for Defendant
APPLE INC.**

-4-