**CALDARELLI HEJMANOWSKI & PAGE LLP**
William J. Caldarelli (SBN #149573)
12340 El Camino Real, Suite 430
San Diego, CA 92130
Telephone: (858) 720-8080
Facsimile: (858) 720-6680
wjc@chplawfirm.com

**FABIANO LAW FIRM, P.C.**
Michael D. Fabiano (SBN #167058)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (619) 742-9631
mdfabiano@fabianolawfirm.com

**OSBORNE LAW LLC**
John W. Osborne (Appointed *Pro Hac Vice*)
33 Habitat Lane
Cortland Manor, NY  10567
Telephone:  (914) 714-5936
josborne@osborneipl.com

**WATTS LAW OFFICES**
Ethan M. Watts (SBN #234441)
12340 El Camino Real, Suite 430
San Diego, CA  92130
Telephone:  (858) 509-0808
Facsimile:  (619) 878-5784
emw@ewattslaw.com

Attorneys for Plaintiff Ameranth, Inc.

*EX PARTE* MTN TO FILE DOC UNDER SEAL ISO SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT
**Case No. 12-cv-2350-IEG-BGS**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.<br><br>            Plaintiff,<br><br>       v.<br><br>APPLE, INC.<br><br>            Defendant. | Case No. 3:12-CV-2350-IEG -BGS<br><br>***EX PARTE* MOTION TO FILE DOCUMENT UNDER SEAL IN SUPPORT OF SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |

1

*EX PARTE* MTN TO FILE DOC UNDER SEAL ISO SECOND AMENDED
COMPLAINT FOR PATENT INFRINGEMENT
                                                                             **Case No. 12-cv-2350-IEG-BGS**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 79.2 and Section 15 of the Protective Order Governing Confidential Information entered in this action, (Doc. No. 28), plaintiff Ameranth, Inc. ("Ameranth") hereby applies for an Order of the Court permitting the following document designated as "confidential" - under the Protective Order to be filed under seal in support of the Second Amended Complaint for Patent Infringement (designated as **Exhibit E** of the Second Amended Complaint for Patent Infringement):

Exhibit E:   Ameranth, Inc.'s Disclosure of Asserted Claims and Infringement Contentions as to Defendant Apple, Inc ("Apple").

There is good cause to permit the above-referenced exhibit to be filed under seal, as it contains - proprietary and confidential information of Apple that Apple has designated as "confidential" -under the terms of the Court's Protective Order in this matter.

1

*EX PARTE* MTN TO FILE DOC UNDER SEAL ISO SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT
                                                                            Case No. 12-cv-2350-IEG-BGS

1  A proposed order granting this *ex parte* motion is being emailed to the
2  Court.

3                              Respectfully submitted,

4  Dated: August 26, 2013      CALDARELLI HEJMANOWSKI & PAGE LLP

5                              By: */s/ William J. Caldarelli*
                                   William J. Caldarelli
6
7                                  FABIANO LAW FIRM
                                   Michael D. Fabiano
8
                                   OSBORNE LAW LLC
9                                  John W. Osborne

10                                 WATTS LAW OFFICES
                                   Ethan M. Watts
11
                               **Attorneys for Plaintiff Ameranth, Inc.**
12