# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC. | Case No. 3:12-cv-2350 DMS WVG |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES** |
| APPLE INC. | |

On May 3, 2024, plaintiff Ameranth, Inc. and defendant Apple (the "Parties") jointly filed a Notice of Settlement and moved the Court for an order to continue all case deadlines for fourteen (14) days to allow the Parties to finalize terms of a settlement and complete settlement documents (ECF No. 54).  Good cause appearing, IT IS HEREBY ORDERED that all deadlines in this specific case are continued for fourteen (14) days. Nothing herein shall affect the dates in any of the other related cases.

Dated:  May 6, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court