1  **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**
   William J. Caldarelli (SBN 149573)
2  Ben West (SBN 251018)
   3398 Carmel Mountain Road, Suite 250
3  San Diego, CA 92121
   Telephone: (858) 720-8080
4  Em: wjc@chpllaw.com; dbw@chpllaw.com

5  Attorneys for Plaintiff Ameranth, Inc.

6  *[Additional counsel listed on following page]*

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | AMERANTH, INC.,            | Case No. 3:12-cv-2350 DMS WVG |
12 |                            | **NOTICE OF SETTLEMENT AND JOINT MOTION TO FURTHER CONTINUE DEADLINES** |
13 |              Plaintiff,    |                                |
14 |        v.                  | (Filed concurrently with [Proposed] Order Granting Joint Motion to Continue Deadlines) |
15 | APPLE INC.,                |                                |
16 |                            |                                |
17 |              Defendant.    |                                |

---

NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE DEADLINES
                Civil Action No. 3:12-cv-2350 DMS WVG

**Additional counsel for Plaintiff Ameranth, Inc.:**

**FABIANO LAW FIRM, P.C.**
Michael D. Fabiano (SBN 167058)
12526 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone: (619) 742-9631
Em: mdfabiano@fabianolawfirm.com

**OSBORNE LAW LLC**
John W. Osborne (Appointed *Pro Hac Vice*)
33 Habitat Lane
Cortlandt Manor, NY 10567
Telephone: (914) 714-5936
Em: josborne@osborneipl.com

**WATTS LAW OFFICES**
Ethan M. Watts (SBN 234441)
3398 Carmel Mountain Road, Suite 250
San Diego, CA  92121
Telephone: (858) 509-0808
Em: emw@ewattslaw.com

**WITKOW BASKIN**
Brandon Witkow (SBN 210443)
Erin C. Witkow (SBN 216994)
21031 Ventura Blvd., Suite 603
Woodland Hills, CA 91364
Tel: (818)296-9508
Em: bw@witkowlaw.com
Em: ew@witkowlaw.com

**Counsel for Defendant Apple Inc.**

**DLA PIPER LLP (US)**
Erin Gibson (SBN 229305)
Robert Williams (SBN 246990)
4365 Executive Drive Suite 1100
San Diego, CA  92121
Tel.: (858) 677-1400
Em: erin.gibson@us.dlapiper.com
Em: robert.williams@us.dlapiper.com

**DLA PIPER LLP (US)**
John M. Guaragna (Bar No. 199277)
303 Colorado Street, Suite 3000
Austin, TX 78701-3799
Tel: 512.457.7000
Em: john.guaragna@us.dlapiper.com

|   |   |
|---|---|
| 1 | Plaintiff Ameranth, Inc. ("Ameranth"), and defendant Apple Inc. ("Apple") |
| 2 | (collectively, the "Parties"), hereby notify the Court that they have reached an agreement |
| 3 | on certain essential terms to settle and resolve all matters in controversy between them. |
| 4 | The Parties believe they need an additional fourteen (14) days to reach agreement on all |
| 5 | terms and to complete the settlement documents and then to file a motion to dismiss all |
| 6 | claims, counterclaims, and defenses at issue in this case. There have been two previous |
| 7 | extensions granted in this particular matter. For the foregoing reasons, the Parties |
| 8 | respectfully request that the Court enter the proposed order granting their Joint Motion |
| 9 | to Further Continue Deadlines in this case, submitted with this Motion. |

Respectfully submitted,

Dated: May 15, 2024           CALDARELLI HEJMANOWSKI & PAGE LLP


By: /s/ William J. Caldarelli
    William J. Caldarelli

FABIANO LAW FIRM, P.C.
Michael D. Fabiano

OSBORNE LAW LLC
John W. Osborne

WATTS LAW OFFICES
Ethan M. Watts

Attorneys for Plaintiff AMERANTH, INC.


Dated: May 15, 2024           DLA PIPER LLP (US)


By: /s/ Erin Gibson
    Erin Gibson
    John Guaragna
    Robert Williams

Attorneys for Defendant APPLE INC.

## CERTIFICATE OF FILING

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I, William J. Caldarelli, certify that the content of the document is acceptable to all persons required to sign this document and that I have obtained authorization for the electronic signatures of all parties on this document.

Respectfully submitted,

Dated: May 17, 2024         CALDARELLI HEJMANOWSKI & PAGE LLP


By: /s/ William J. Caldarelli
    William J. Caldarelli

    FABIANO LAW FIRM, P.C.
    Michael D. Fabiano

    OSBORNE LAW LLC
    John W. Osborne

    WATTS LAW OFFICES
    Ethan M. Watts

Attorneys for Plaintiff AMERANTH, INC.