**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERANTH, INC. <br><br> v. <br><br> APPLE INC. | Case No. 3:12-cv-2350 DMS WVG <br><br> **ORDER GRANTING JOINT MOTION TO FURTHER CONTINUE DEADLINES** |

On May 17, 2024, plaintiff Ameranth, Inc. and defendant Apple, Inc. (the "Parties") jointly filed a Notice of Settlement and moved the Court for an order to continue all case deadlines for an additional fourteen (14) days to allow the Parties to finalize terms of a settlement and to complete settlement documents (ECF No. 56).  Good cause appearing, IT IS HEREBY ORDERED that all deadlines in this specific case are continued for an additional fourteen (14) days.  Nothing herein shall affect the dates in any of the other related cases.

Dated:  May 20, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court

1
ORDER GRANTING JOINT MOTION TO CONTINUE FURTHER DEADLINES
Civil Case No. 3:12-cv-2350 DMS WVG