**CALDARELLI HEJMANOWSKI PAGE & LEER LLP**
William J. Caldarelli (SBN 149573)
Ben West (SBN 251018)
3398 Carmel Mountain Road, Suite 250
San Diego, CA 92121
Telephone: (858) 720-8080
Em: wjc@chpllaw.com; dbw@chpllaw.com

Attorneys for Plaintiff Ameranth, Inc.

*[Additional counsel listed on following page]*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:12-cv-2350 DMS WVG <br><br> **NOTICE OF SETTLEMENT AND JOINT MOTION TO FURTHER CONTINUE DEADLINES** <br><br> (Filed concurrently with [Proposed] Order Granting Joint Motion to Continue Deadlines) |

| | |
|---|---|
| 1 | **Additional counsel for Plaintiff Ameranth, Inc.:** |
| 2 | **FABIANO LAW FIRM, P.C.** |
| 3 | Michael D. Fabiano (SBN 167058)<br>12526 High Bluff Drive, Suite 300 |
| 4 | San Diego, CA  92130<br>Telephone: (619) 742-9631 |
| 5 | Em: mdfabiano@fabianolawfirm.com |
| 6 | **OSBORNE LAW LLC**<br>John W. Osborne (Appointed *Pro Hac Vice*) |
| 7 | 33 Habitat Lane<br>Cortlandt Manor, NY 10567 |
| 8 | Telephone: (914) 714-5936<br>Em: josborne@osborneipl.com |
| 9 | **WATTS LAW OFFICES** |
| 10 | Ethan M. Watts (SBN 234441)<br>3398 Carmel Mountain Road, Suite 250 |
| 11 | San Diego, CA  92121<br>Telephone: (858) 509-0808 |
| 12 | Em: emw@ewattslaw.com |
| 13 | **WITKOW BASKIN**<br>Brandon Witkow (SBN 210443) |
| 14 | Erin C. Witkow (SBN 216994)<br>21031 Ventura Blvd., Suite 603 |
| 15 | Woodland Hills, CA 91364<br>Tel: (818)296-9508 |
| 16 | Em: bw@witkowlaw.com<br>Em: ew@witkowlaw.com |
| 17 | |
| 18 | **Counsel for Defendant Apple Inc.** |
| 19 | **DLA PIPER LLP (US)** |
| 20 | Erin Gibson (SBN 229305)<br>Robert Williams (SBN 246990) |
| 21 | 4365 Executive Drive Suite 1100<br>San Diego, CA  92121 |
| 22 | Tel.: (858) 677-1400<br>Em: erin.gibson@us.dlapiper.com |
| 23 | Em: robert.williams@us.dlapiper.com |
| 24 | **DLA PIPER LLP (US)**<br>John M. Guaragna (Bar No. 199277) |
| 25 | 303 Colorado Street, Suite 3000<br>Austin, TX 78701-3799 |
| 26 | Tel: 512.457.7000<br>Em: john.guaragna@us.dlapiper.com |
| 27 | |
| 28 | |

NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE DEADLINES
Civil Action No. 3:12-cv-2350 DMS WVG

| | |
|---|---|
| 1 | Plaintiff Ameranth, Inc. ("Ameranth"), and defendant Apple Inc. ("Apple") |
| 2 | (collectively, the "Parties"), hereby notify the Court that they have reached an agreement |
| 3 | on certain essential terms to settle and resolve all matters in controversy between them. |
| 4 | The Parties believe they need until August 2, 2024 to reach agreement on all terms and |
| 5 | to complete the settlement documents and then to file a motion to dismiss all claims, |
| 6 | counterclaims, and defenses at issue in this case.  There have been three previous |
| 7 | extensions granted in this particular matter.  For the foregoing reasons, the Parties |
| 8 | respectfully request that the Court enter the proposed order granting their Joint Motion |
| 9 | to Further Continue Deadlines in this case, submitted with this Motion. |

Respectfully submitted,

Dated: May 29, 2024         CALDARELLI HEJMANOWSKI & PAGE LLP


By: /s/ William J. Caldarelli
     William J. Caldarelli

FABIANO LAW FIRM, P.C.
Michael D. Fabiano

OSBORNE LAW LLC
John W. Osborne

WATTS LAW OFFICES
Ethan M. Watts

Attorneys for Plaintiff AMERANTH, INC.


Dated: May 29, 2024         DLA PIPER LLP (US)


By: /s/ Erin Gibson
     Erin Gibson
     John Guaragna
     Robert Williams

Attorneys for Defendant APPLE INC.

1

NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE DEADLINES
Civil Action No. 3:12-cv-2350 DMS WVG

# CERTIFICATE OF FILING

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I, William J. Caldarelli, certify that the content of the document is acceptable to all persons required to sign this document and that I have obtained authorization for the electronic signatures of all parties on this document.

Respectfully submitted,

Dated: May 29, 2024                    CALDARELLI HEJMANOWSKI & PAGE LLP

By: /s/ William J. Caldarelli
William J. Caldarelli

FABIANO LAW FIRM, P.C.
Michael D. Fabiano

OSBORNE LAW LLC
John W. Osborne

WATTS LAW OFFICES
Ethan M. Watts

Attorneys for Plaintiff AMERANTH, INC.