# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.<br><br>v.<br><br>APPLE INC. | Case No. 3:12-cv-2350 DMS WVG<br><br>**ORDER GRANTING JOINT MOTION TO FURTHER CONTINUE DEADLINES** |

On May 29, 2024, plaintiff Ameranth, Inc. and defendant Apple, Inc. (the "Parties") jointly filed a Notice of Settlement and moved the Court for an order to continue all case deadlines to August 2, 2024 to allow the Parties to finalize terms of a settlement, to complete settlement documents, and to file a motion to dismiss all claims, counterclaims, and defenses at issue in this case (ECF No. 58). Good cause appearing, IT IS HEREBY ORDERED that all deadlines in this specific case are continued to August 2, 2024. Nothing herein shall affect the dates in any of the other related cases.

Dated: May 29, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court