1 | **DLA PIPER LLP (US)**
Erin Gibson (SBN 229305)
2 | Robert Williams (SBN 246990)
DLA PIPER LLP (US)
3 | 4365 Executive Drive Suite 1100
San Diego, CA 92121
4 | Tel.: (858) 677-1400
Em: erin.gibson@us.dlapiper.com
5 | Em: robert.williams@us.dlapiper.com

6 | Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| AMERANTH, INC., | Case No. 3:12-cv-2350 DMS WVG |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE DEADLINES** |
| v. | (Filed concurrently with [Proposed] Order Granting Joint Motion to Continue Deadlines) |
| APPLE INC. | |
| Defendant. | |

NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE DEADLINES
Case No. 3:12-cv-2350 DMS WVG

1611980711

|   |   |
|---|---|
| 1 | Plaintiff Ameranth, Inc. ("Ameranth"), and defendant Apple Inc. ("Apple") (collectively, the "Parties"), hereby notify the Court that they have reached an agreement on certain essential terms to settle the matters in controversy between them. The Parties believe they need an additional ninety (90) days, until October 31, 2024, to reach agreement on all terms and to complete the settlement agreement and then to file a motion to dismiss all claims, counterclaims, and defenses at issue in this case. For the foregoing reasons, the Parties respectfully request that the Court enter the proposed order granting their Joint Motion to Continue Deadlines in this case, submitted with this Motion. |

Respectfully submitted,

Dated: July 31, 2024          DLA PIPER LLP (US)

By: /s/ *Erin Gibson*
    Erin Gibson
    Robert Williams

Attorneys for Defendant APPLE INC.

Dated: July 31, 2024          CALDARELLI HEJMANOWSKI & PAGE LLP

By: /s/ *William J. Caldarelli*
    William J. Caldarelli

FABIANO LAW FIRM, P.C.
Michael D. Fabiano

OSBORNE LAW LLC
John W. Osborne

WATTS LAW OFFICES
Ethan M. Watts

Attorneys for Plaintiff AMERANTH, INC.

## CERTIFICATE OF FILING

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Erin Gibson, certify that the content of the document is acceptable to all persons required to sign this document and that I have obtained authorization for the electronic signatures of all parties on this document.

Respectfully submitted,

Dated: July 31, 2024   DLA PIPER LLP (US)

By: /s/ *Erin Gibson*
    Erin Gibson
    Robert Williams

Attorneys for Defendant APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

DLA PIPER LLP (US)

By: /s/ *Erin Gibson*
    Erin Gibson
    Robert Williams