# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.<br><br>v.<br><br>APPLE INC. | Case No. 3:12-cv-2350 DMS WVG<br><br>**ORDER GRANTING JOINT<br>MOTION TO CONTINUE DEADLINES** |

On July 31, 2024, plaintiff Ameranth, Inc. and defendant Apple (the "Parties") jointly filed a Notice of Settlement and moved the Court for an order to continue all case deadlines for ninety (90) days, until October 31, 2024, to allow the Parties to finalize terms of a settlement and complete settlement documents (ECF No. 55). Good cause appearing, IT IS HEREBY ORDERED that all deadlines in this specific case are continued until October 31, 2024. Nothing herein shall affect the dates in any of the other related cases.

Dated: August 1, 2024

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court