1  **DLA PIPER LLP (US)**
   Erin Gibson (SBN 229305)
2  Robert Williams (SBN 246990)
   DLA PIPER LLP (US)
3  4365 Executive Drive Suite 1100
   San Diego, CA  92121
4  Tel.: (858) 677-1400
   Em: erin.gibson@us.dlapiper.com
5  Em: robert.williams@us.dlapiper.com

6  Attorneys for Defendant Apple Inc.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12 | AMERANTH, INC.,                    | Case No. 3:12-cv-2350 DMS WVG

13 |           Plaintiff,               | **NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE DEADLINES**

14 |     v.                             |

15 | APPLE INC.                         | (Filed concurrently with [Proposed] Order Granting Joint Motion to Continue Deadlines)

16 |

17 |           Defendant.

18

---

NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE DEADLINES
Case No. 3:12-cv-2350 DMS WVG

1614584665

Plaintiff Ameranth, Inc. ("Ameranth"), and defendant Apple Inc. ("Apple") (collectively, the "Parties"), hereby notify the Court that they have reached an agreement on certain essential terms to settle the matters in controversy between them. The Parties believe they need an additional thirty-six (36) days, until December 6, 2024, to reach agreement on all terms and to complete the settlement agreement and then to file a motion to dismiss all claims, counterclaims, and defenses at issue in this case. For the foregoing reasons, the Parties respectfully request that the Court enter the proposed order granting their Joint Motion to Continue Deadlines in this case, submitted with this Motion.

Respectfully submitted,

Dated: October 30, 2024     DLA PIPER LLP (US)


By: /s/ *Robert Williams*
    Erin Gibson
    Robert Williams

Attorneys for Defendant APPLE INC.

Dated: October 30, 2024     CALDARELLI HEJMANOWSKI & PAGE LLP


By: /s/ *William J. Caldarelli*
    William J. Caldarelli

    FABIANO LAW FIRM, P.C.
    Michael D. Fabiano

    OSBORNE LAW LLC
    John W. Osborne

    WATTS LAW OFFICES
    Ethan M. Watts

Attorneys for Plaintiff AMERANTH, INC.

1
NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE DEADLINES
Case No. 3:12-cv-2350 DMS WVG

1614584665

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF FILING** |
| 3 | Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Robert Williams, certify that the content of the document is acceptable to all persons required to sign this document and that I have obtained authorization for the electronic signatures of all parties on this document. |

Respectfully submitted,

Dated: October 30, 2024            DLA PIPER LLP (US)


                    By: /s/ *Robert Williams*
                        Erin Gibson
                        Robert Williams

                    Attorneys for Defendant APPLE INC.