# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.<br><br>v.<br><br>APPLE INC. | Case No. 3:12-cv-2350 DMS WVG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES** |

On October 30, 2024, plaintiff Ameranth, Inc. and defendant Apple (the "Parties") jointly filed a Notice of Settlement and moved the Court for an order to continue all case deadlines for thirty-six (36) days, until December 6, 2024, to allow the Parties to finalize terms of a settlement and complete settlement documents (ECF No. 62). Good cause appearing, IT IS HEREBY ORDERED that all deadlines in this specific case are continued until December 6, 2024. Nothing herein shall affect the dates in any of the other related cases.

Dated: October 31, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court