# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC. <br><br> v. <br><br> APPLE INC. | Case No. 3:12-cv-2350 DMS WVG <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

On this day, Plaintiff AMERANTH, INC. and Defendant APPLE INC. announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by AMERANTH, INC. herein are dismissed with prejudice, and all counterclaims for relief against AMERANTH, INC. by APPLE INC. are dismissed without prejudice; and IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

1 | Dated: December 19, 2024

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court